**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Manuel ROSAS, Defendant—Appellant.**

No. 06–30357.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 26, 2007.

Pamela Jackson Byerly, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., FPDWA—Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Manuel Rosas appeals from the 63–month sentence imposed following his plea of guilty to being an alien in the United

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

States following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rosas contends that 8 U.S.C. § 1326(b) should be construed to require the defendant to admit, or the jury to find beyond a reasonable doubt, the fact that a prior removal was "subsequent to" a prior felony conviction. Because the record indicates that Rosas admitted the date of removal at the change-of-plea hearing, we reject this contention. *See United States v. Bolanos–Hernandez*, 492 F.3d 1140, 1148 (9th Cir. 2007).

ed by 9th Cir. R. 36–3.

Rosas also contends that *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is invalid. We also reject this contention. *See Bolanos–Hernandez*, 492 F.3d at 1148.

**AFFIRMED.**